B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Mahmoud S. Rahim**
       **Raya H. Abdulhussain**
                    Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Blue Cross Blue Shield of MI 600 E Lafayette Blvd. Detroit, MI 48226-2998 | Blue Cross Blue Shield of MI 600 E Lafayette Blvd. Detroit, MI 48226-2998 | Potential personal liability of corporate indebtedness - audit | | 17,351.00 |
| Blue Cross Blue Shield of MI 600 E Lafayette Blvd. Detroit, MI 48226-2998 | Blue Cross Blue Shield of MI 600 E Lafayette Blvd. Detroit, MI 48226-2998 | Potential personal liability of corporate indebtedness - audit | | 9,001.00 |
| Colonial Bank c/o Mark Robert King, Esq. 601 Brickell Key Dr. #500 Miami, FL 33131-2699 | Colonial Bank c/o Mark Robert King, Esq. 601 Brickell Key Dr. #500 Miami, FL 33131-2699 | Judgment | | 36,804.00 |
| Colonial Bank c/o Mark Robert King, Esq. 601 Brickell Key Dr. #500 Miami, FL 33131-2699 | Colonial Bank c/o Mark Robert King, Esq. 601 Brickell Key Dr. #500 Miami, FL 33131-2699 | Judgment | | 1,643,382.00 |
| Colonial Bank c/o Mark Robert King, Esq. 601 Brickell Key Dr. #500 Miami, FL 33131-2699 | Colonial Bank c/o Mark Robert King, Esq. 601 Brickell Key Dr. #500 Miami, FL 33131-2699 | Judgment | | 420,771.00 |
| Colonial Bank P.O. Box 830738 Birmingham, AL 35202 | Colonial Bank P.O. Box 830738 Birmingham, AL 35202 | 7117 Pelican Bay Blvd., Unit 1508 Naples, FL 34108 | | 249,965.00 (600,000.00 secured) (567,133.00 senior lien) |
| David R. Bartley, et al c/o Christopher Cona, Esq. 3080 Tamiami Trail East Naples, FL 34112 | David R. Bartley, et al c/o Christopher Cona, Esq. 3080 Tamiami Trail East Naples, FL 34112 | Judgment | | 329,485.00 |
| First Horizon Home Loans 4000 Horizon Way Irving, TX 75063 | First Horizon Home Loans 4000 Horizon Way Irving, TX 75063 | Residence: 1527 Cliffwood Road Bloomfield Hills, MI 48302 | | 1,650,000.00 (600,000.00 secured) |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **Mahmoud S. Rahim**
**Raya H. Abdulhussain**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| First Horizon Home Loans<br>4000 Horizon Way<br>Irving, TX 75063 | First Horizon Home Loans<br>4000 Horizon Way<br>Irving, TX 75063 | Residence:<br>1527 Cliffwood Road<br>Bloomfield Hills, MI 48302 | | 18,344.00<br>(600,000.00 secured)<br>(1,650,000.00 senior lien) |
| GMAC<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | GMAC<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Lease deficiency | | 3,322.00 |
| Gold, Lange & Majoros, P.C.<br>24901 Northwestern Hwy., Ste. 444<br>Southfield, MI 48075 | Gold, Lange & Majoros, P.C.<br>24901 Northwestern Hwy., Ste. 444<br>Southfield, MI 48075 | Legal services | | 38,817.05 |
| HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | Credit card purchases | | 1,698.00 |
| Huntington National Bank<br>PO Box 1558<br>Columbus, OH 43216 | Huntington National Bank<br>PO Box 1558<br>Columbus, OH 43216 | Personal line of credit | | 77,090.00 |
| JP Morgan Chase Bank<br>P.O. Box 260177<br>Baton Rouge, LA 70826-0177 | Chase | 4885 Fairview Court<br>West Bloomfield, MI 48322 | | 220,392.00<br><br>(205,109.00 secured) |
| Law Offices of Samantha Stevins PA<br>c/o Gary Nitzkin, Esq.<br>22142 W. Nine Mile Rd.<br>Southfield, MI 48033 | Law Offices of Samantha Stevins PA<br>c/o Gary Nitzkin, Esq.<br>22142 W. Nine Mile Rd.<br>Southfield, MI 48033 | Florida Judgment | | 128,726.00 |
| Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 | Judgment | | 3,815,352.00 |
| Pacifica Loan Four, LLC<br>2120 W. Washington St.<br>San Diego, CA 92110 | Pacifica Loan Four, LLC<br>2120 W. Washington St.<br>San Diego, CA 92110 | Residence:<br>1527 Cliffwood Road<br>Bloomfield Hills, MI 48302 | | 3,815,351.00<br>(600,000.00 secured)<br>(1,668,444.00 senior lien) |
| The Greenberg Law Firm, PLLC<br>28411 Northwestern Hwy., Suite 930<br>One Northwestern Plz<br>Southfield, MI 48034 | The Greenberg Law Firm, PLLC<br>28411 Northwestern Hwy., Suite 930<br>One Northwestern Plz<br>Southfield, MI 48034 | Attorney fees | | 6,374.00 |
| The Huntington National Bank<br>P.O. Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 | The Huntington National Bank<br>P.O. Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 | Commercial building - 10066 Dix AVe.,<br>Dearborn, MI 48120 | | 492,154.00<br><br>(0.00 secured) |

In re  **Mahmoud S. Rahim**
      **Raya H. Abdulhussain**                                  Case No.                                     

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **The Huntington National Bank**<br>**PO Box 182232**<br>**NC1W32**<br>**Columbus, OH 43218-2232** | **The Huntington National Bank**<br>**PO Box 182232**<br>**NC1W32**<br>**Columbus, OH 43218-2232** | **Potential personal liability of corporate indebtedness** | | **179,301.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Mahmoud S. Rahim** and **Raya H. Abdulhussain**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **May 20, 2011**                            Signature  **/s/ Mahmoud S. Rahim**
                                                            **Mahmoud S. Rahim**
                                                            Debtor

Date  **May 20, 2011**                            Signature  **/s/ Raya H. Abdulhussain**
                                                            **Raya H. Abdulhussain**
                                                            Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.