UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

   Mahmoud S. Rahim                          Case No. 11-54484-R
   Raya H. Abdulhussain,

                                          Chapter 11

       Debtors.
_____/

**Order Denying Motion for Appointment of Patient Care Ombudsman**

For the reasons stated on the record in open Court on July 18, 2011, it is hereby ordered that the U.S. Trustee's motion for the appointment of patient care ombudsman is denied.

**Signed on July 20, 2011**

                                                          /s/ Steven Rhodes
                                                      **Steven Rhodes**
                                                      **United States Bankruptcy Judge**