UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: **8/31/11**

In re:

**Mahmoud S. Rahim & Raya H. Abdulhussain, D.I.P.,**

Debtor.

Case Number: 11-54484-mbm

Chapter 11

Judge: Marci B. McIvor

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   - ✓ Operating Statement (Form 2)
   - ___ Balance Sheet (Form 3)
   - ___ Summary of Operations (Form 4)
   - ✓ Monthly Cash Statement (Form 5)
   - ___ Statement of Compensation (Form 6)
   - ✓ Schedule of In-Force Insurance (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and,
   (If not, attach a written explanation) YES ___ NO ___

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation) YES ✓ NO ___

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
   (If not, attach a written explanation) YES ✓ NO ___

5. All United States Trustee Quarterly fees have been paid and are current.
   YES ✓ NO ___

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation) YES ✓ NO ___

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 9/14/11

_____ (signature)
Debtor in Possession

Title: _____

Phone: 248 943 3129

*Form 1*

# OPERATING STATEMENT (P & L)

Period Ending: 8/31/2011

Case No. 11-54484-swr

| | CURRENT MONTH | TOTAL SINCE FILING |
|---|---|---|
| Total Revenue / Sales | $10,707.52 | |
| Cost of Sales | $3,076.25 | |
| Gross Profit | $13,783.77 | |
| **EXPENSES:** | | |
| Officer Compensation | | |
| Salary Expenses - Other Employees | | |
| Employee Benefits & Pensions | | |
| U.S. Trustee | | $325.00 |
| Postage | $84.15 | $175.15 |
| Rent & Lease Expense | | |
| Pet care | $21.27 | $21.27 |
| Insurance | | |
| Automobile & Truck Expense | $379.96 | $1,571.97 |
| Utilities (gas, electric, phone) | $57.43 | $1,785.97 |
| Retainer - Accountant | | $2,000.00 |
| Travel & Entertainment | $1,778.95 | $1,885.95 |
| Repairs & Maintenance | $1,285.18 | $2,205.17 |
| Driving classes (child) | | $410.00 |
| Supplies, Office Expense, etc Books, etc. | $603.03 | $730.98 |
| Food | $538.82 | $2,613.82 |
| Clothing | | $2,091.13 |
| Laundry & Dry Cleaning | $24.00 | $35.12 |
| Medical & Dental Expenses | | |
| Haircuts / Toiletries | $150.84 | $325.34 |
| Bank Fees | $7.00 | $14.00 |
| **TOTAL EXPENSES:** | $4,930.63 | $16,190.87 |
| **NET OPERATING PROFIT / (LOSS)** | $8,853.14 | |
| Add: Non-Operating Income: | | |
| Interest Income | | |
| Other Income | | |
| Less: Non-Operating Income: | | |
| Professional Fees | | |
| Other | | |
| **NET INCOME / (LOSS)** | $8,853.14 | |

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 30, 2011 through August 31, 2011

Account Number: 909

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00035006 DRE 021 219 24411 - NNNNNNNNNNN 1 000000000 61 0000
MAHMOUD RAHIM AND RAYA
ABDULHUSSAIN DIP
DEBTOR IN POSSESSION
1527 CLIFFWOOD RD
BLOOMFIELD HILLS MI 48302-2677

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,707.52 |
| Deposits and Additions | 2 | 11,877.11 |
| Checks Paid | 2 | - 4,500.00 |
| Electronic Withdrawals | 5 | - 9,224.49 |
| Fees and Other Withdrawals | 1 | - 7.00 |
| Ending Balance | 10 | $8,853.14 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Deposit | $3,076.25 |
| 08/26 | Credit Return: Online Payment 2143445992 To The Huntington National Bank | 8,800.86 |
| **Total Deposits and Additions** | | **$11,877.11** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1008 ^ | 08/02 | 08/02 | $3,000.00 |
| 1009 ^ | 08/16 | 08/16 | 1,500.00 |
| **Total Checks Paid** | | | **$4,500.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

# CHASE 🟦

July 30, 2011 through August 31, 2011

Acc　　　　　　　3909

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | 08/02 Online Payment 2131136906 To Starfone | $5.13 |
| 08/02 | 08/02 Online Payment 2131307816 To Cut-N-Care, Inc. | 125.00 |
| 08/03 | 08/03 Online Payment 2128125543 To Consumers Energy | 52.30 |
| 08/10 | 08/10 Online Payment 2137768442 To Total Lawn Care, Inc. | 241.20 |
| 08/18 | 08/18 Online Payment 2143445992 To The Huntington National Bank | 8,800.86 |
| **Total Electronic Withdrawals** | | **$9,224.49** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Gift Card | $7.00 |
| **Total Fees & Other Withdrawals** | | **$7.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/02 | $7,577.39 |
| 08/03 | 7,518.09 |
| 08/10 | 7,276.89 |
| 08/16 | 5,776.89 |
| 08/17 | 8,653.14 |
| 08/18 | 52.28 |
| 08/26 | 8,853.14 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

# MONTHLY CASH STATEMENT

Period Ending: 8/31/2011
Case No: 11-54484-SWR

Cash Activity Analysis (Cash Basis Only):

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | $10,707.52 | | | | |
| B. Receipts (Attach separate schedule) | $3,076.25 | | | | |
| C. Balance Available (A + B) | $13,783.77 | | | | |
| D. Less Disbursements (Attach separate schedule) | $4,930.63 | | | | |
| E. ENDING BALANCE (C - D) | $8,853.14 | | | | |

**ATTENTION:** Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment.   $ _____ $4,930.63

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
1. Depository Name & Location   Chase Bank  4150 Orchard Lake Road, West Bloomfield, MI
2. Account Number   3909

Payroll Account:
1. Depository Name & Location
2. Account Number

Tax Account:
1. Depository Name & Location
2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:

Date: 9/14/11

Debtor in Possession

## SCHEDULE OF IN-FORCE INSURANCE
Period Ending: _____

Case No: 11-54484-mbm

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | | |
| General Business Policy | | |
| The Car [BMW] and the House in Cliffwood | insured with Auto owner Insurance Expiration Date 11/1/11 Policy No. 47-805-194-00 | |
| The Malpractice Insurance | We are insured with The DMC Hospitals but they got bought by Vanguard we still working on changing the name, we might have to change the carrier. | |

Form 7