UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| MAHMOUD S. RAHIM and | ) | |
| RAYA H. ABDULHUSSAIN, | ) | Case No. 11-54484-swr |
| | ) | |
| Debtors. | ) | The Hon. Steven W. Rhodes |
| | ) | |

**CONCURRENCE IN THE UNITED STATES TRUSTEE'S MOTION FOR
ORDER FOR APPOINTMENT OF AN EXAMINER**

Pacifica Loan Four LLC ("Pacifica"), by its undersigned counsel, hereby concurs in the

United States Trustee's Motion for Order for Appointment of an Examiner (the "Motion"),

docket number 105, for the reasons set forth below:

1.  On May 20, 2011, the Debtors filed a Chapter 11 bankruptcy petition.

2.  The Debtors have remained in possession of their estates and no trustee or

examiner has been appointed to date.

3.  Pacifica concurs completely in the relief requested in the United States Trustee's

Motion.

November 21, 2011

> **FOLEY & LARDNER LLP**
>
> /s/ Katherine R. Catanese
> Katherine R. Catanese (P67542)
> Scott T. Seabolt (P55890)
> Adam J. Wienner (P71768)
> 500 Woodward Avenue, Suite 2700
> Detroit, Michigan 48226
> (313) 234-7100
> *Attorneys for Pacifica Loan Four, LLC*