UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 11-54484-SWR

**MAHMOUD S. RAHIM,**                               Chapter 11
**RAYA H. ABDULHUSSAIN,**
                                                    HON. STEVEN W. RHODES
    Debtors.
_____/

## STIPULATION FOR ONE WEEK ADJOURNMENT OF HEARINGS ON CONFIRMATION AND ON STIPULATION FOR EXTENSION OF DEADLINES

This is the stipulation of the United States Trustee, the Debtors, Pacifica Loan Four, LLC, and Law Offices of Samantha Stevins, P.A., through their respective counsel for the entry of an order adjourning for one week all hearings in this case now set for November 28, 2011.

On November 17, 2011, the Debtors and the U.S. Trustee entered into a Second Stipulation Order extending the deadline to return ballots, object to confirmation and to file professional fee applications and adjourning confirmation hearing (the "Second Stipulation.") *(See Docket #106.)* The Law Offices of Samantha Stevens, P.A. filed a concurrence. (*See Docket # 107.)*

On November 21, 2011, the Court set the Second Stipulation for hearing on November 28, 2011 at 10:30, the same time that the confirmation hearing is set to be heard.

The parties have been notified that the father of Debtors' counsel passed away within the last

few days, and that Mr. Cohen has traveled to his parents' home in Columbus, Ohio.

The parties have conferred with Mr. Cohen's partners. The parties believe, under these circumstances, and given the gravity of the hearings set for Monday, that a one week adjournment of these matters to December 5, 2011, would be in the best interests of all parties.

A proposed Order is attached.

| **DANIEL M. McDERMOTT** <br> **UNITED STATES TRUSTEE** <br> Region 9 | **LIEBERMAN GIES & COHEN, PLLC** |
|---|---|
| By: /s/ Leslie K. Berg <br> Trial Attorney <br> United States Department of Justice <br> Office of the U.S. Trustee <br> 211 West Fort Street, Suite 700 <br> Detroit, MI 48226 <br> 313-226-7950 <br> Leslie.K.Berg@usdoj.gov | /s/ Scott Gies (P56346) <br> Counsel for Debtors-in-Possession <br> 30500 Northwestern Hwy., Ste. 307 <br> Farmington Hills, MI 48334 <br> 248-539-5500 <br> scott@lgcpllc.com |
| **HERTZBERG, P.C.** <br> __/s/John D. Hertzberg____ <br> John D. Hertzberg (P38021) <br> Cocounsel for Stevins <br> 29100 Northwestern Highway, <br> Suite 310 <br> Southfield, MI 48034 <br> 248.540.3200 <br> jdhertz@hertzbergpc.com | FOLEY & LARDNER LLP <br> /s/ Katherine R. Catanese <br> Katherine R. Catanese (P67542) <br> Scott T. Seabolt (P55890) <br> Adam J. Wienner (P71768) <br> 500 Woodward Avenue, Suite 2700 <br> Detroit, Michigan 48226 <br> (313) 234-7100 <br> *Attorneys for Pacifica Loan Four, LLC* |

Dated: November 22, 2011

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 11-54484-SWR

**MAHMOUD S. RAHIM,**  Chapter 11
**RAYA H. ABDULHUSSAIN,**
 HON. STEVEN W. RHODES
    Debtors.
_____/

**ORDER ADJOURNING CONFIRMATION HEARING AND ADJOURNING
HEARING ON SECOND STIPULATION FOR ORDER EXTENDING DEADLINES**

    **THIS MATTER** came before the Court on the stipulation of the United States Trustee and the Debtors, by and through their counsel, for an Order extending the deadline to return ballots, object to confirmation and to file professional fee applications and adjourning confirmation hearing. The Court, being sufficiently advised, it is

    **ORDERED** that the hearings in this matter presently set for November 28, 2011at 10:30 a.m. are **HEREBY ADJOURNED** and shall be held on December 5, 2011, at 10:30 a..m., in Room 1825, 211 W. Fort Street, Detroit, Michigan.