# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – AT DETROIT

RE:

**MAHMOUD S. RAHIM and**
**RAYA H. ABDULHUSSAIN,**

Case No. 11-54484-SWR
Chapter 11
Hon. Steven W. Rhodes

    Debtors-in-Possession.

_____/

## WITHDRAWAL OF DEBTOR'S RESPONSE TO PACIFICA LOAN FOUR LLC'S OBJECTION TO DEBTORS' COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that the *Debtors' Response to Pacifica Loan Four LLC's Objection to Debtors' Combined Plan of Reorganization and Disclosure Statement,* electronically filed using the Bankruptcy Court's ECF system on December 1, 2011, (Document No. 126) is hereby withdrawn.

Respectfully submitted

**LIEBERMAN, GIES & COHEN, PLLC**

Dated: December 1, 2011

/s/ Steven J. Cohen
Steven J. Cohen (P45140)
Attorneys for Debtors
30500 Northwestern Hwy., Ste. 307
Farmington Hills, MI 48334
(248) 539-5500 (phone)
(248) 539-5581 (fax)
steve@lgcpllc.com

**Lieberman, Gies & Cohen, PLLC**

30500 Northwestern Hwy.,
Suite 307
Farmington Hills, MI 48334
-
(248) 539-5500