UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                     Case No. 11-54484-SWR

**MAHMOUD S. RAHIM,**                                      Chapter 11
**RAYA H. ABDULHUSSAIN,**
                                                           HON. STEVEN W. RHODES
    Debtors.
_____/

# ORDER EXTENDING THE DEADLINE TO APRIL 16, 2012 FOR THE U.S. TRUSTEE TO FILE OBJECTIONS TO FEE APPLICATION OF DEBTORS' COUNSEL
_____

    **THIS MATTER** came before the Court on the stipulation of the United States Trustee and the Debtors, by and through their counsel, for an Order extending the deadline to April 16, 2012 for the U.S. Trustee to file objections to the fee application of Debtors' counsel. Cause appearing,

    **IT IS ORDERED** that the deadline for the U.S. Trustee to object to the fee application of Debtors' counsel is extended to April 16, 2012.

**Signed on April 12, 2012**

                                                           **/s/ Steven Rhodes**
                                                         **Steven Rhodes**
                                                         **United States Bankruptcy Judge**