UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MAHMOUD S. RAHIM and
RAYA H. ABDULHUSSAIN,

    Debtors.

_____/

Case No. 11-54484-SWR
Chapter 11
Hon. Steven W. Rhodes

## JUDGMENT IN FAVOR OF SEYMOUR L. ADLER

Upon filing of the First Application of Seymour L. Adler for Award of Fees and Reimbursement of Expenses as Examiner for the United States Trustee (the "Application"); it appearing that the Application and notice thereof have been properly served; the Debtors having filed an objection to the Application; a hearing on the matter having been held on April 30, 2011; and the Court being otherwise fully advised in the premises;

IT IS THEREFORE ORDERED that the Application shall be, and is hereby, allowed as filed, and Seymour L. Adler shall be, and is hereby, awarded an administrative expense claim for fees for the period from December 16, 2011 through February 27, 2012, in the amount of $33,783.75, and reimbursement of expenses in the amount of $575.56, for a total of $34,359.31.

IT IS FURTHER ORDERED that Judgment shall be, and is hereby, entered against the Debtors, Mahmoud S. Rahim and Raya H. Abdulhussain, jointly and severally, and in favor of Seymour L. Adler, for the fees and expenses awarded herein.

IT IS FURTHER ORDERED that this Judgment shall bear interest at the statutory federal money judgment interest rate as set forth in 28 U.S.C. § 1961 from the date of entry of this Judgment.

IT IS FURTHER ORDERED that collection of any balance owing on this Judgment after pro-rata payment of administrative expense claims may be enforced by any and all lawful means.

.

**Signed on May 10, 2012**

                                                            /s/ Steven Rhodes
                                                              **Steven Rhodes**
                                                              **United States Bankruptcy Judge**