UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MAHMOUD S. RAHIM and
RAYA H. ABDULHUSSAIN,

    Debtors.

Case No. 11-54484-SWR
Chapter 11
Hon. Steven W. Rhodes

_____/

**ORDER RESOLVING INFORMAL OBJECTION TO MOTION TO COMPEL
PAYMENT OF ALLOWED ADMINISTRATIVE EXPENSE CLAIM**

This matter having come before the Court on the Stipulation to Resolve Informal Objection to Motion to Compel Payment of Allowed Administrative Expense Claim (the "Stipulation"); no objections to or other responses having been filed to the Examiner's Motion to Compel Payment of Allowed Administrative Expense Claim (the "Motion"); and the Court being duly advised in the premises;

IT IS THEREFORE ORDERED that the Motion shall be, and is hereby, approved in all respects other than as set forth in this Order.

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 349(b), the Court has found cause to preclude the revestment of property of the bankruptcy estate to the Debtors.

IT IS FURTHER ORDERED that the Debtors' attorney shall distribute all estate funds in his possession to holders of allowed administrative expense claims in pro-rata amounts, being Lieberman, Gies & Cohen, PLLC at the rate of 60.15% and Seymour L. Adler at the rate of 39.85% (the "Pro-Rata Percentages")

IT IS FURTHER ORDERED that the Examiner's request for the Debtors to file an accounting of all estate funds is withdrawn.

IT IS FURTHER ORDERED that Donald Blunden shall return the retainer he received to the estate by paying the same to the Debtors' attorneys within seven (7) days from the entry of this Order, and the same shall constitute estate property for payment of allowed administrative expense claims.

IT IS FURTHER ORDERED that the Debtors' attorney shall distribute the funds recovered from Donald Blunden within ten (10) days of receiving the same to holders of allowed administrative expense claims pursuant to the Pro-Rata Percentages

IT IS FURTHER ORDERED that the Debtors' attorney shall file a notice of distribution evidencing the amounts paid and to whom they were paid within five (5) days after each distribution made pursuant to this Order.

.

**Signed on July 23, 2012**

                                                                                                        /s/ Steven Rhodes
                                                                                                          **Steven Rhodes**
                                                                                                          **United States Bankruptcy Judge**