UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**MAHMOUD S. RAHIM and**
**RAYA H. ABDULHUSSAIN,**

        Debtors.
_____/

Case No. 11-54484-SWR
Chapter 11
Hon. Steven W. Rhodes

## CERTIFICATE OF DISTRIBUTION

Steven J. Cohen, of Lieberman, Gies & Cohen PLLC, hereby states the following:

1.    That following the last distribution towards Chapter 11 administrative expenses, this firm has collected an additional $5,000 from Blunden & Associates, P.C., which funds have been deposited in an account at Chase Bank.

2.    Of the $5,000 received, the following distribution is to be made:

| Chapter 11 Administrative Expenses | Amount Allowed | %Paid | Amount Paid |
|---|---|---|---|
| Lieberman, Gies & Cohen, PLLC | $51,872.95 | 60.15% | $3,007.50 |
| Seymour L. Adler | $34,359.31 | 39.85% | $1,992.50 |
| | | **Total:** | **$5,000.00** |

The undersigned certifies under penalties of perjury that the foregoing is true and correct to the best of his knowledge.

                LIEBERMAN, GIES, & COHEN, PLLC

                /s/    *Steven J. Cohen*
                Steven J. Cohen (P45140)
                30500 Northwestern Hwy., Ste. 307
                Farmington Hills, MI 48334
                Phone: (248) 539-5500
                Fax:    (248) 539-5581

Dated: August 7, 2012        steve@lgcpllc.com

**Lieberman, Gies & Cohen, PLLC**

30500 Northwestern Hwy., Suite 307
Farmington Hills, MI 48334
-
(248) 539-5500