# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In the Matter of:

**MAHMOUD S. RAHIM and**                             Case No. 11-54484
**RAYA H. ABDULHUSSAIN,**                            Chapter 11
                                                     Hon.  Steven W. Rhodes

     Debtors-in-Possession.

_____/

## STIPULATION FOR ENTRY OF ORDER CLOSING CASE

The undersigned parties stipulate to the entry of the attached Order Closing Case.


**DANIEL M. McDERMOTT**                    **LIEBERMAN GIES & COHEN, PLLC**
**UNITED STATES TRUSTEE**
Region 9
                                           By:  /s/         *Steven J. Cohen*
By:  /s/      *Leslie Berg*                     Steven J. Cohen  (P45140)
     Leslie Berg, Trial Attorney                Counsel for Debtors-in-Possession
     United States Department of                30500 Northwestern Hwy., Ste. 307
     Justice                                    Farmington Hills, MI 48334
     Office of the U.S. Trustee                 248-539-5500
     211 West Fort Street, Suite 700            steve@lgcpllc.com
     Detroit, MI 48226
     313-226-7950
     Leslie.K.Berg@usdoj.gov


**ALLARD & FISH, PLC.**


By:  /s/      *David E. Schwartz*
     David E. Schwartz  (P73136)
     Attorneys for Seymour Adler
     2600 Buhl Building
     535 Griswold
     Detroit, MI  48226
     (313) 961-6141
     dschwartz@allardfishpc.com


Dated:  September 7, 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**MAHMOUD S. RAHIM and**                    Case No. 11-54484
**RAYA H. ABDULHUSSAIN,**                    Chapter 11
                                             Hon.  Steven W. Rhodes
    Debtors-in-Possession.

_____ /

## ORDER CLOSING BANKRUKPTCY CASE

This matter having come before the Court by stipulation, that all issue relating to

fee applications have been resolved, there are no outstanding issues on the docket, and

the Court being otherwise sufficiently advised in the premise;

**IT IS HEREBY ORDERED** that this bankruptcy case is closed.

# (PROPOSED ORDER)