UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**MAHMOUD S. RAHIM and**　　　　　　　　　　　Case No. 11-54484
**RAYA H. ABDULHUSSAIN,**　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes
　　　Debtors-in-Possession.

_____/

## ORDER CLOSING BANKRUKPTCY CASE

This matter having come before the Court by stipulation, that all issue relating to fee applications have been resolved, there are no outstanding issues on the docket, and the Court being otherwise sufficiently advised in the premise;

　　**IT IS HEREBY ORDERED** that this bankruptcy case is closed.
.

**Signed on September 11, 2012**

　　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Steven Rhodes_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**