UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

FILED '17 AUG 10 12:00 US BANKRUPTCY-DET

**Order Party: Name, Address and Telephone Number**

Name: JESSICA COLLINS
Firm: DEPARTMENT OF JUSTICE/USAO
Address: 211 W. FORT, SUITE 2001
City, State, Zip: DETROIT, MI 48226
Phone: (202) 308-6451
Email: JESSICA.COLLINS@USDOJ.GOV

Case/Debtor Name: In Re: Mahmoud S. Rahim / Rayja H. Abdulhussain
Case Number: 11-54484
Chapter: 11
Hearing Judge: Steven W. Rhodes
☒ Bankruptcy  ☐ Adversary
☐ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 4/2/12   Time of Hearing: 10:30 AM   Title of Hearing: Order of Dismissal

Please specify portion of hearing requested:  ☒ Original/Unredacted   ☐ Redacted   ☐ Copy (2nd Party)

☒ Entire Hearing   ☐ Ruling/Opinion of Judge   ☐ Testimony of Witness   ☐ Other

Special Instructions: ECF Audio File 183

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)
☐ 14-Day Transcript - $4.25 per page (14 calendar days)
☒ Expedited Transcript - $4.85 per page (7 working days)
☐ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed:_____
☐ CD - $31; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

_____ Date: 8/8/17
By signing, I certify that I will pay all charges upon completion of the transcript request.

FOR COURT USE ONLY
Transcript To Be Prepared By:
Date / By
Order Received:
Transcript Ordered:
Transcript Received:

11-54484-mar  Doc 216  Filed 08/10/17  Entered 08/10/17 12:10:37  Page 1 of 1