# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _JESSICA COLLINS_

Firm _DEPT. OF JUSTICE / USAO_

Address _211 W. FORT, SUITE 2001_

City, State, Zip _DETROIT, MI 48226_

Phone _(202) 308 - 6451_

Email _JESSICA.COLLINS@USDOJ.GOV_

**Case/Debtor Name:** _In Re: Mahmoud S. Rahim / Rayn H. Abdulhussain_

**Case Number:** _11 - 54484_

**Chapter:** _11_

**Hearing Judge** _Steven W. Rhodes_

☑ Bankruptcy ☐ Adversary

☐ Appeal    Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: _2/27/12_ Time of Hearing: _10:38 AM_ Title of Hearing: _Notice of Adjournment of Confirmation Hearing_

Please specify portion of hearing requested: ☑ **Original/Unredacted** ☐ Redacted ☐ Copy (2nd Party)

☑ Entire Hearing ☐ Ruling/Opinion of Judge ☐ Testimony of Witness ☐ Other

Special Instructions: _ECF Audio Files 165, 166_

---

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)

☐ 14-Day Transcript - $4.25 per page (14 calendar days)

☑ Expedited Transcript - $4.85 per page (7 working days)

☐ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed: _____

☐ CD - $31; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

FOR COURT USE ONLY

Transcript to be Prepared by

Date By

Order Received

Transcript Or

Transcript Re

Date: _8/8/17_

By signing, I certify that I will pay all charges upon completion of the transcript request.

11-54484-mar    Doc 218    Filed 08/10/17    Entered 08/10/17 12:29:52    Page 1 of 1